IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN DIAMOND, DENNIS STOBIE, and STEFANIE RAMSAY, a minor, by and through her guardian ad litem, ROBIN DIAMOND,

    Plaintiffs,

    v.

COUNTY OF SACRAMENTO, by and through SAN JUAN UNIFIED SCHOOL DISTRICT, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, LOU BLANAS, ANTHONY JENKINS, ROBERT HOLLINGSWORTH, RICHARD NICHOLS, GABRIELLA DELASSE, JOE BERICO; and DOES 1-100,

    Defendants.

CIV-S-05-1606 DFL DAD

MEMORANDUM OF OPINION AND ORDER

    Plaintiffs are a Rio Americano High School student and her parents. They filed a complaint alleging that defendants violated 42 U.S.C. § 1983 and various state laws. Defendants Robert Hollinsworth, Richard Nichols, Gabriella Delasse, and Joe Berico move to dismiss. For the reasons stated below, the court GRANTS defendants' motion. The court also orders plaintiffs to

show cause within 14 days why the entire case should not be dismissed for failure to prosecute.

## I.

This dispute arises out of actions that plaintiffs claim defendants took in response to threats that a high school student allegedly made in her online journal. The complaint includes a claim under 42 U.S.C. § 1983 as well as various state law claims. Plaintiffs originally filed the action in Sacramento Superior Court on May 13, 2005. Defendants County of Sacramento, Sacramento County Sheriff's Department, Anthony Jenkins, and Lou Blanas then removed the case to federal court. On January 31, 2006, the court remanded the claims against the San Juan Unified School District to state court on Eleventh Amendment immunity grounds, but did not remand the claims against the remaining defendants. (1/31/2006 Order at 7.)

On February 8, 2006, defendants Hollingsworth, Nichols, Delasse, and Berico filed a motion to dismiss. Plaintiffs failed to file a timely opposition under E.D. Cal. R. 78-230. Accordingly, the court issued a minute order on March 17, 2006, informing plaintiffs' counsel, Julie Lynn Wolff, that if plaintiffs did not file an opposition within 10 days, the court would order the matter submitted and might consider plaintiffs' failure to oppose a non-opposition. The court's calendar clerk also made several attempts to contact Ms. Wolff by e-mail and telephone. Wolff never responded.

II.

Because plaintiffs never responded to the court's communications, the court treats plaintiffs' non-opposition as a stipulated dismissal and therefore GRANTS defendants' motion to dismiss.

III.

Because plaintiffs have not responded to the court and did not respond to the motion to dismiss, it appears that plaintiffs have abandoned the litigation and that the entire case should be dismissed for lack of prosecution. Within 14 days, plaintiffs shall show cause why the entire case should not be dismissed.

IT IS SO ORDERED.

Dated: 6/13/2006

_____
DAVID F. LEVI
United States District Judge