IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DIAMOND, DENNIS STOBIE, and STEFANIE RAMSAY, a minor, by and through her guardian ad litem, ROBIN DIAMOND,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, by and through SAN JUAN UNIFIED SCHOOL DISTRICT, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, LOU BLANAS, ANTHONY JENKINS, ROBERT HOLLINGSWORTH, RICHARD NICHOLS, GABRIELLA DELASSE, JOE BERICO; and DOES 1-100,<br><br>        Defendants. | CIV-S-05-1606 DFL DAD<br><br>MEMORANDUM OF OPINION AND ORDER |

On June 14, 2006, the court issued an order giving plaintiffs 14 days to show cause why the entire case should not be dismissed. Plaintiffs have not responded. Therefore, the court orders the case dismissed for lack of prosecution. The clerk shall enter judgment.

IT IS SO ORDERED.

Dated: July 7, 2006

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

1